# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ISAAC SALVADOR BUSTAMANTE,<br><br>Defendant. | **ORDER** |

Upon Defendant's Motion to appear remotely, and with good cause shown, IT IS HEREBY ORDERED that the Defendant may appear remotely at the September 20, 2024 initial appearance. The Clerk of Court will provide the Defendant the call-in number.

DATED this 27th day of August, 2024.

_____
John Johnston
United States Magistrate Judge