IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | PO 24-5055-GF-JTJ |
|---|---|
| Plaintiff, | VIOLATIONS:<br>E2029707 |
| vs. | E2029708<br>E2029709 |
| ISAAC S. BUSTAMANTE, | Location Code: M13 |
| Defendant. | ORDER |

Based upon the United States' motion to accept the defendant's payment of the following amounts for each of the violations:

- VN E2029707: $240 fine plus the $30 processing fee ($270 total)
- VN E2029708: $540 fine plus the $30 processing fee ($570 total)
- VN E2029709: $200 fine plus the $30 processing fee ($230 total)

for a total of $1,070, and for good cause shown,

**IT IS ORDERED** that the $1,070 fine paid by the defendant is accepted as a full adjudication of violations E2029707, E2029708, and E2029709.

//

//

**IT IS FURTHER ORDERED** that the bench trial scheduled for March 6, 2025, is **VACATED.**

DATED this 28th day of January, 2025.

_____
John Johnston
United States Magistrate Judge